**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TERNELL L. BROWN** | **CIVIL ACTION** |
| **VERSUS** | |
| **BATON ROUGE POLICE DEPARTMENT, ET AL.** | **NO.: 23-1313-JWD-EWD** |

## ORDER

The Court, having considered the Defendant's *Motion to Stay Proceedings;*

**IT IS ORDERED** that said *Motion to Stay Proceedings* is **GRANTED.**

Thus done and signed at Baton Rouge, Louisiana, this _____ day of _____, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**