UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**TERNELL L. BROWN**                                         **CIVIL ACTION**

**VERSUS**

**BATON ROUGE POLICE DEPARTMENT,**           **NO.: 23-1313-JWD-EWD**
**ET AL.**

## MEMORANDUM IN SUPPORT OF MOTION TO STAY PROCEEDINGS

**MAY IT PLEASE THE COURT:**

Defendant, the City of Baton Rouge/Parish of East Baton Rouge ("City/Parish"), files this *Memorandum in Support of Motion to Stay Proceedings* and request that this Court stay all proceedings in this matter until the conclusion of the ongoing federal criminal investigation of the Baton Rouge Police Department ("BRPD") by the U.S. Attorney's Office for the Middle District of Louisiana.

## LAW & ARGUMENT

"A district court has the discretionary authority to stay a civil action pending the resolution of a parallel criminal proceeding when the interests of justice so require." *Villani v. Devol*, 2016 WL 1383498 at *2 (M.D.La. 2016) (*citing Whitney Nat'l Bank v. Air Ambulance by B&C Flight Management, Inc.*, 2007 WL 1468417, at *2 (S.D. Tex. May 18, 2007) (*citing State Farm Lloyds v. Wood*, 2006 WL 3691115 (S.D. Tex. Dec. 12, 2006); *United States v. Kordel*, 397 US 1, 12 n. 27 (1970); *Wehling v. Columbia Broad. Sys.*, 608 F.2d 1084, 1088) (5th Cir. 1979); and *Estes-El v. Long Island Jewish Med. Ctr.*, 916 F.Supp. 268, 269 (S.D.N.Y. 1995))).

> The court considers the following factors when considering whether a civil action should be stayed in light of criminal proceedings: "(1) the extent to which the issues in the criminal and civil cases overlap; (2) the status of the case, including whether the defendant has been indicted; (3) the plaintiff's interest in proceeding expeditiously weighed against the prejudice to the plaintiff caused by a delay; (4) the private interest of and burden on the defendant; (5) the interest of the court; and

(6) the public interest." *Atkins v. Southeast Comm. Hosp. Sys.*, 2012 WL 370218 (M.D. La. Feb. 3, 2012) (*citing Lodge v. Boyd*, 2011 WL 4727863 (E.D. La. Oct. 6, 2011) (*citing LeBouef v. GlobalX-Ray*, 2008 WL 239752, at 2 (E.D. La. Jan. 29, 2008); *SEC v. First Fin. Group of Texas, Inc.*, 659 F.2d 660, 668 (5th Cir. 1981))).

On September 25, 2023, the U.S. Attorney's Office for the Middle District of Louisiana issued a Press Release statement that it opened an investigation into BRPD and allegations that members of the department may have abused their authority. Undersigned received confirmation from the U.S. Attorney's Office for the Middle District of Louisiana that the ongoing investigation described by said Press Release is ongoing and related to the recently-filed BRPD civil litigation cases including this matter, which encompass allegations of inadequate training, supervision, and discipline associated to officer actions. Accordingly, it is in the best interest of all parties that this civil matter be stayed until the conclusion of the ongoing federal criminal investigation.

## CONCLUSION

The City of Baton Rouge/Parish of East Baton Rouge respectfully prays that after all due proceedings be had, this *Motion to Stay Proceedings* be granted, and this Court order that this matter be stayed pending the resolution of the ongoing federal criminal investigation.

**RESPECTFULLY SUBMITTED:**
**ANDERSON "ANDY" O. DOTSON, III**
**PARISH ATTORNEY**

**/s/ Michael P. Schillage**
**Michael P. Schillage (#35554)**
**Special Assistant Parish Attorney**
222 St. Louis Street, 9th Floor
Baton Rouge, Louisiana 70802
Tel.:    (225) 389-3114
Fax:    (225) 389-8736
Email: mschillage@brla.gov
*Attorney for the City of Baton Rouge/Parish of East Baton Rouge*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was this date sent to all counsel of record by electronic mail to the email address listed with the Court's electronic filing system, facsimile, and/or U.S. mail, postage prepaid and properly addressed. Notice will be mailed to any party or counsel not participating in the Court's CM/ECF system by this date depositing same in the United States Mail, postage prepaid, and properly addressed.

Baton Rouge, Louisiana this 22nd day of November, 2023.

                                      /s/ Michael P. Schillage
                                  **MICHAEL P. SCHILLAGE**