**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| TERNELL L. BROWN,<br><br>       Plaintiff,<br><br>  v.<br><br>BATON ROUGE POLICE DEPARTMENT,<br>TROY LAWRENCE, JR., in his individual<br>capacity, MATTHEW WALLACE, in his<br>individual capacity, UNKNOWN FEMALE<br>OFFICER, in her individual capacity,<br>MURPHY PAUL, in his individual and<br>official capacities, CITY OF BATON<br>ROUGE, and PARISH OF EAST BATON<br>ROUGE.<br>       Defendants. | No. 23-cv-1313-JWD-EWD |

## MOTION FOR DEFAULT AS TO DEFENDANT TROY LAWRENCE JR.

Plaintiff TERNELL BROWN, by her undersigned attorney, respectfully moves for the

Clerk of Court to enter Default as to Defendant Troy Lawrence, Jr. pursuant to Fed. R. Civ. P.

55(a). In support, Ms. Brown offers the following:

1. Ms. Brown's complaint was filed in this Court on September 18, 2023.

2. Counsel for Ms. Brown promptly contacted the Parish Attorney to ascertain whether
   he would be representing Troy Lawrence, Jr.

3. After repeated refusals to confer, counsel for the City-Parish advised on October 9,
   2023 that he "ha[d] not procured signatures of all defendants on the waiver forms that
   we have, but we are working to that end, and anticipate having everything handled

1

within a fair timeframe. . . ." Counsel further advised that "any effort to claim service expenses will be contested as unreasonable."

4. On October 13, 2023, counsel for the City-Parish confirmed in writing that he had "now received confirmation of the remaining identified defendants, each agreeing to waive service." The email contained a signed waiver of service form for Defendant Troy Lawrence, Jr. *See* Ex. A.

5. On November 2, 2023, counsel for the City-Parish shared (for the first time) his belief that Mr. Lawrence would be represented by "conflict counsel" Brian Blackwell.

6. On November 15, 2023, undersigned counsel emailed Mr. Blackwell and Mr. Schillage the following: "Mr. Blackwell, your previous correspondence indicated that you would be representing Troy Lawrence, Jr. in a separate matter. Are you retained in this matter [*Brown* (23-cv-1313)] or is Mr. Schillage still his representative?"

7. Mr. Blackwell did not respond.

8. The waiver of service form acknowledged that Defendant Lawrence's answer was due, at very latest, by sixty days from September 28, 2023.

9. To date, Defendant Troy Lawrence, Jr. has failed to appear or submit a required pleading.

10. It has now been more than two months since this complaint was filed. Sixty-one (61) days have elapsed without the filing of an Answer or Rule 12 motion. For these reasons, Ms. Brown prays that the Clerk of Court enter Default as to Defendant Troy Lawrence, Jr.. Ms. Brown further formally objects to any as-yet-unfiled extension of time to plead pursuant to Local Rule 7.

Respectfully submitted,

**TERNELL BROWN**

By: /s/ Thomas W. Frampton
His attorney

Thomas W. Frampton
University of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903
(202) 352-8341
*Affiliation for Identification Only*

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I served the foregoing Motion for Default as to Defendant Troy Lawrence, Jr. via email to all counsel of record.

/s/ Thomas W. Frampton
Thomas W. Frampton (La. Bar. #35775)