UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERNELL L. BROWN,** | CIVIL NO. 3:23-CV-1313 |
| Plaintiff, | JUDGE JOHN W. DEGRAVELLES |
| VERSUS | MAGISTRATE JUDGE ERIN WILDER-DOOMES |
| **BATON ROUGE POLICE DEPARTMENT, ET AL** | |
| **Defendants** | |

### DEFENDANT MURPHY PAUL'S MEMORANDUM IN SUPPORT OF MOTION TO SET STATUS CONFERENCE

NOW INTO COURT, through undersigned counsel, comes Defendant, Murphy Paul (hereinafter "Defendant Paul"), who respectfully submits this memorandum in support of his Motion to Set a Status Conference to discuss setting this case and seven related lawsuits all pending in the U.S. District Court for the Middle District of Louisiana before the same magistrate judge for all pre-trial matters. For the following reasons, Defendant Paul's motion should be granted:

1.

On September 18, 2023, Plaintiff Ternell Brown ("Plaintiff") filed a Complaint in the above-captioned matter.[1] In her Complaint, Plaintiff alleges that she was taken to a Baton Rouge Police Department "black site," otherwise referred to as the "Brave Cave," and subjected to a strip search based on her possession of unlabeled prescription pills.[2]

2.

Plaintiff names numerous defendants including the Baton Rouge Police Department ("BRPD"), former BRPD officer Troy Lawrence, Jr., current BRPD officer Matthew Wallace,

---

[1] ECF No. 1.
[2] *Id.* at Introductory paragraph.

"Unknown Female Officer," BRPD Chief of Police Murphy Paul ("Defendant Paul"), City of Baton Rouge, and Parish of East Baton Rouge ("City-Parish").[3]

3.

In her Complaint, Plaintiff alleges several claims including constitutional violations (*i.e.*, unreasonable search and unreasonable seizure), *Monell* liability, and state law claims (*i.e.*, constitutional violations, battery, assault, intentional infliction of emotional distress, false imprisonment, and negligence).[4]

4.

Around the same time that Plaintiff filed her Complaint, at least seven (7) other lawsuits were filed on behalf of other plaintiffs, which each allege similar factual allegations and claims against several of the same defendants named in the above-captioned matter.

5.

Indeed, three of the seven lawsuits involve allegations that plaintiffs (like Plaintiff in this matter) were taken to the Brave Cave and subject to an unlawful search and/or physical assault.[5] All of the lawsuits allege that the BRPD and/or its officers acted in violation of plaintiffs' constitutional rights.

---

[3]     *Id.*
[4]     *Id.* at pp. 29-35
[5]     Those cases are: (1) *Jeremy Lee v. Troy Lawrence Jr., Matthew Wallace, Joseph Carboni, Murphy Paul, Baton Rouge Police Department, City of Baton Rouge, and Parish of East Baton Rouge* (Case 3:23-cv-01229-SDD-SDJ); (2) *Carrie Mealey and Houston Lawrence v. City of Baton Rouge, Troy Lawrence, Jr., Murphy Paul, Sid J. Gautreaux III, Chad Felps, Tanner Jenkins, Eno Guillot, James Cooper, N. Dartez, Benchmark Group, LLC, Tafari Beard, Doe Defendants 1-20, and ABC Insurance Companies 1-10* (Case 3:23-cv-01508-BAJ-SDJ); and (3) *Vladimir McClarty v. City of Baton Rouge, Troy Lawrence, Jr., James Thomas, Jr., David Kennedy, Jesse Barcelona, Deputy Chief Myron Daniels, Chief Murphy Paul, Doe Defendants 1-20, and ABC Insurance Companies 1-10* (Case 3:23-cv-01619-SDD-EWD).

6.

The lawsuits are all currently pending in the United States District Court for the Middle District of Louisiana. Discovery has not yet commenced in any of the lawsuits, and in the majority, responsive pleadings have not been filed by any of the defendants.[6]

7.

Brief descriptions of the seven related, pending lawsuits are provided as follows:

i. *Courtnei Hayes v. Wade Hill, Murphy Paul, Baton Rouge Police Department, City of Baton Rouge, and North Gate Apartments* (Case 3:23-cv-00511-SDD-RLB), filed on July 3, 2023, alleges that plaintiff was taken to a Baton Rouge apartment complex by a BRPD officer and coerced into having sex with him to avoid criminal charges. Plaintiff alleges Fourth and Fourteenth Amendment constitutional violations as well as various state law claims (*i.e.* sexual battery, assault, false imprisonment, etc.). To date, no defendant has filed its responsive pleading. Defendant Paul asks that the Court take judicial notice of the pleadings filed in that matter.[7]

ii. *Idrielle Brown v. Wade Hill, Murphy Paul, Baton Rouge Police Department, and the City of Baton Rouge* (Case 3:23-cv-00514-JWD-RLB), filed on July 3, 2023, alleges that a BRPD officer engaged in sexually explicit conduct with plaintiff against her will. Plaintiff alleges Fourth and Fourteenth amendment constitutional violations and various state law claims including sexual battery, assault, false imprisonment, etc. To date, no defendant

---

[6] Responsive pleadings have only been filed by one defendant—the City-Parish—in the following matters: (1) *Shona Chavis, Holden Sanders, and Emanual Chavis v. Troy Lawrence, Jr., Murphy Paul, Baton Rouge Police Department, City of Baton Rouge, and Parish of East Baton Rouge* (Case 3:23-cv-01129-SDD-RLB); and (2) *Jeremy Lee v. Troy Lawrence Jr., Matthew Wallace, Joseph Carboni, Murphy Paul, Baton Rouge Police Department, City of Baton Rouge, and Parish of East Baton Rouge* (Case 3:23-cv-01229-SDD-SDJ). No responsive pleadings have been filed in any of the other related matters.
[7] *See McVea v. Swan*, No. SA:14-CV-73-DAE, 2014 WL 4471529, at *2 (W.D. Tex. Sept. 10, 2014) (finding that a court make take judicial notice of public records).

5422749.v1

has filed its responsive pleading. Defendant Paul asks that the Court take judicial notice of the pleadings filed in that matter.

iii. *Shona Chavis, Holden Sanders, and Emanual Chavis v. Troy Lawrence, Jr., Murphy Paul, Baton Rouge Police Department, City of Baton Rouge, and Parish of East Baton Rouge* (Case 3:23-cv-01129-SDD-RLB), filed on August 28, 2023, alleges that plaintiffs' Fourth Amendment constitutional rights were violated during an interaction with BRPD officers at a local hospital. Plaintiffs also make various state law claims including assault, battery, false imprisonment, etc. The *Jeremy Lee* matter (described below) is identified as a related case. To date, no defendant has filed its responsive pleading, aside from the City-Parish which has filed a Motion to Dismiss (ECF No. 6) and a Motion to Stay pending the outcome of a related federal criminal investigation (ECF No. 9) which remain pending. Defendant Paul asks that the Court take judicial notice of the pleadings filed in that matter.

iv. *Jeremy Lee v. Troy Lawrence Jr., Matthew Wallace, Joseph Carboni, Murphy Paul, Baton Rouge Police Department, City of Baton Rouge, and Parish of East Baton Rouge* (Case 3:23-cv-01229-SDD-SDJ), filed on August 29, 2023, alleges that plaintiff was taken to the "Brave Cave" by BRPD officers where he was strip searched and beaten. Plaintiff alleges Fourth Amendment constitutional violations and various state law claims including assault, battery, and false imprisonment. The *Shona Chavis* matter, the *Carrie Mealey* matter, and the above-captioned matter are all identified as related cases. To date, no defendant has filed its responsive pleading, aside from the City-Parish which has filed a Motion to Stay pending the outcome of a related federal criminal investigation (ECF No. 17) which remain pending. Defendant Paul asks that the Court take judicial notice of the pleadings filed in that matter.

v.   *Bobby Hardnett v. City of Baton Rouge-Parish of East Baton Rouge and Murphy Paul* (Case 3:23-cv-01393-BAJ-SDJ), filed on September 29, 2023, alleges that plaintiff was taken to a police building by a Baton Rouge police officer, and strip-searched without probable cause or individualized reasonable suspicion that he was in possession of a weapon or other contraband. Plaintiff alleges that his Fourth Amendment right to protection from unreasonable search was violated. To date, no defendant has filed its responsive pleading. Defendant Paul asks that the Court take judicial notice of the pleadings filed in that matter.

vi.  *Carrie Mealey and Houston Lawrence v. City of Baton Rouge, Troy Lawrence, Jr., Murphy Paul, Sid J. Gautreaux III, Chad Felps, Tanner Jenkins, Eno Guillot, James Cooper, N. Dartez, Benchmark Group, LLC, Tafari Beard, Doe Defendants 1-20, and ABC Insurance Companies 1-10* (Case 3:23-cv-01508-BAJ-SDJ), filed on October 18, 2023, alleges that plaintiff Mealey was taken to the "Brave Cave" by BRPD where she was interrogated and subject to a visual body cavity search. The complaint also alleges that plaintiff Houston was taken to the Brave Cave by BRPD and EBRPSO officers where he was subjected to repeated visual body cavity searches and physically assaulted. Plaintiffs allege Fourth Amendment constitutional violations, Section 1983 conspiracy, failure to intervene, *Monell* claims, various state law claims, including violations of the Louisiana Constitution, false arrest, assault, etc., vicarious liability, and premises liability. The *Jeremy Lee* matter and the above-captioned matter are both identified as related cases. To date, no defendant has filed its responsive pleading. Defendant Paul asks that the Court take judicial notice of the pleadings filed in that matter.

    **vii.**    *Vladimir McClarty v. City of Baton Rouge, Troy Lawrence, Jr., James Thomas, Jr., David Kennedy, Jesse Barcelona, Deputy Chief Myron Daniels, Chief Murphy Paul, Doe Defendants 1-20, and ABC Insurance Companies 1-10* (Case 3:23-cv-01619-SDD-EWD), filed on November 21, 2023, alleges that plaintiff was taken to the Brave Cave following a traffic stop and beaten by BRPD officers.  Plaintiff alleges state and federal constitutional violations and other state law claims including assault and battery.  To date, no defendant has filed its responsive pleading.  Defendant Paul asks that the Court take judicial notice of the pleadings filed in that matter.

8.

Although related as to facts and law, not all of these matters are identified as related to each other. In light of the overlapping facts, claims, and parties identified in the above-referenced matters, Defendant Paul believes that it is in the best interest of the parties as well as the Court for these matters to be before the same magistrate judge for all pre-trial matters.

9.

Indeed, given the overlapping facts, claims, and parties, it is likely that defendants will file the same or similar motions in each of these matters.  For example, Defendant Paul understands that the City-Parish intends to file a motion to stay pending the outcome of a related federal criminal investigation for each of these matters.

10.

Moreover, issues with discovery, including documents and information related to the so-called Brave Cave and BRPD's policies and procedures, will inevitably overlap.  Thus, it is most efficient for the Court and the parties for these matters to be pending before the same magistrate judge for all pre-trial matters.

11.

Accordingly, Defendant Paul requests that a status conference be set to discuss setting these cases before the same magistrate judge.

WHEREFORE, Defendant Paul, through undersigned counsel, respectfully requests that this Honorable Court order the parties to appear on a date and time to be set by this Court for a status conference regarding setting these matters before the same magistrate judge for all pre-trial matters.

Respectfully submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

By: **/s/Michael S. Walsh**
    Harry J. Philips, Jr., Bar #2047
    Michael S. Walsh, Bar #08500
    Gillian B. Griffin, Bar #39200
    450 Laurel Street, 8th Floor (70801)
    P.O. Box 2471
    Baton Rouge, LA 70821-2471
    Telephone: (225) 387-3221
    Facsimile:  (225) 346-8049
    Email: gillian.griffin@taylorporter.com
           skip.philips@taylorporter.com
           michael.walsh@taylorporter.com

**Attorneys for Murphy Paul**

5422749.v1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **DEFENDANT MURPHY PAUL'S MEMORANDUM IN SUPPORT OF MOTION TO SET STATUS CONFERENCE** was filed electronically with the Clerk of Court using the CM/ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 7th day of December 2023.

　　　　　　　　　　　　　　　　　　　　 /s/Michael S. Walsh
　　　　　　　　　　　　　　　　　　　　Michael S. Walsh

5422749.v1