UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**TERNELL L. BROWN**

**VERSUS**

**BATON ROUGE POLICE DEPARTMENT, ET AL.**

**CIVIL ACTION**

**NO. 23-1313-JWD-EWD**

## VIDEO SETTLEMENT CONFERENCE REPORT

A video settlement conference was held by Zoom before Magistrate Judge Erin Wilder-Doomes on December 11, 2024 with the following participants:

| | | |
|---|---|---|
| **PARTICIPANTS:** | **Ryan K. Thompson**<br>**Thomas Frampton**<br>**Jessica Hawkins**<br>Counsel for Plaintiff,<br>Ternell Brown | **Michael P. Schillage**<br>Counsel for Defendant,<br>City of Baton Rouge/Parish of East<br>Baton Rouge |
| | **Ternell Brown**[1]<br>Plaintiff | |

The conference was terminated unsuccessfully after a reasonable period of negotiations.

Signed in Baton Rouge, Louisiana, December 12, 2024.

*Erin Wilder-Doomes*
**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Ms. Brown's husband, Curtis Brown, also attended the conference.

cv33aT2:00