**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**TERNELL L. BROWN**

**VERSUS**

**TROY LAWRENCE, JR., ET AL.**

**CIVIL ACTION**

**NO. 23-1313-JWD-EWD**

## ORDER ON WALLACE'S MOTION TO STAY PROCEEDING PENDING APPEAL

This matter comes before the Court on the *Motion to Stay Proceedings Pending Appeal* (Doc. 120) filed by Defendant Matthew Wallace.

**IT IS ORDERED** that the *Motion to Stay Proceedings Pending Appeal (Doc. 120) filed by Defendant Matthew Wallace* is **GRANTED**. All district court proceedings in this matter, including discovery, are stayed pending resolution of Wallace's interlocutory appeal to the United States Court of Appeals for the Fifth Circuit regarding the denial of his Motion to Dismiss on qualified immunity grounds.

Since all deadlines are stayed pending the resolution of the interlocutory appeal to the United States Court of Appeals for the Fifth Circuit, **IT IS FURTHER ORDERED** that this matter is administratively closed pending a mandate of the United States Court of Appeals for the Fifth Circuit.

Signed in Baton Rouge, Louisiana, on March 6, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**